FILED
2024 Jan-05 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DSM Jan. 2024

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **JUAN ANTONIO DURAN** ) | |

### <u>I N F O R M A T I O N</u>

The United States Attorney charges:

**<u>COUNT ONE</u>: [18 U.S.C. § 371]**

The United States Attorney charges that:

1. On or between the 9th day of May 2023, and the 11th day of May 2023, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**JUAN ANTONIO DURAN,**

knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed with others known to the United States Attorney to commit offenses against the United States, that is, to illegally obtain a firearm, that is, a **Barrett .50 caliber rifle**, by false representations, in that J.F., on behalf of **DURAN**, did knowingly make and cause to be made false and fictitious written statements to Birmingham Pistol Wholesale, which statements were intended and likely to deceive said Birmingham Pistol Wholesale, as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, United States Code, in that J.F., falsely

represented that he was the actual transferee/buyer of the stated firearm on the Form 4473 when in truth and in fact, as **DURAN** and J.F. then knew, J.F. was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 371.

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy that **DURAN** and J.F. would obtain a Barrett .50 caliber rifle from Birmingham Pistol Wholesale, a federally licensed dealer of firearms.

## OVERT ACTS

3. In furtherance of the conspiracy, and to accomplish the object thereof, **DURAN** and J.F. committed and caused to be committed, in the Northern District of Alabama, the following overt acts, among others:

    a. On or about May 9, 2023:

        i. **DURAN** and J.F. traveled to Birmingham Pistol Wholesale.

        ii. **DURAN** and J.F. entered Birmingham Pistol Wholesale.

        iii. Acting on behalf of **DURAN**, J.F. selected three Barrett .50 caliber rifles for purchase.

        iv. J.F. executed a Form 4473 stating that he was the actual transferee/purchaser of the firearm, when in truth he was purchasing the firearm for **DURAN.**

      v. Acting on behalf of **DURAN**, J.F. selected approximately fifteen Barrett .50 caliber magazines for purchase.

     vi. Acting on behalf of **DURAN**, J.F. paid approximately $2,760 in United States currency to an employee of Birmingham Pistol Wholesale.

b. On or about May 11, 2023:

      i. **DURAN** and J.F. traveled to Birmingham Pistol Wholesale.

     ii. **DURAN** and J.F. entered Birmingham Pistol Wholesale.

    iii. J.F. recertified his Form 4473 stating that he was the actual transferee/buyer of the firearm, when in truth he was purchasing the firearm for **DURAN.**

    iv. J.F. entered a back room of Birmingham Pistol Wholesale to complete the transaction.

     v. J.F. asked the total price.

     vi. J.F. removed a large stack of $100 bills in United States currency from a black satchel.

    vii. J.F. counted United States currency.

   viii. J.F. gave approximately $30,900 in United States currency to a person portraying themselves as an employee of Birmingham Pistol Wholesale.

    ix. **DURAN** exited the store and drove a vehicle to the rear of Birmingham Pistol Wholesale to receive the firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO: [18 U.S.C. § 922(a)(6)]

The United States Attorney charges:

That on or between the 9th day of May 2023, and the 11th day of May 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**JUAN ANTONIO DURAN,**

aiding and abetting J.F., in connection with the acquisition of a firearm, specifically, a **Barrett .50 caliber rifle**, from Gunprime, LLC, doing business as Birmingham Pistol Wholesale, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Gunprime, LLC, which statement was intended and likely to deceive Gunprime, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that J.F. falsely represented that he was the actual transferee/buyer of the firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, when in truth and in fact, as he then knew, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

**COUNT THREE: [18 U.S.C. § 932(b)(2) and (c)(1)]**

The United States Attorney charges that:

On or between the 9th day of May 2023, and the 11th day of May 2023, in Jefferson County, within the Northern District of Alabama and elsewhere, the defendant,

**JUAN ANTONIO DURAN,**

did combine, conspire, confederate, and agree with others known and unknown to the United States Attorney for J.F. to knowingly purchase a firearm, that is, a Barrett .50 caliber rifle, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request of and demand of **DURAN**, knowing or having reasonable cause to believe that **DURAN** intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, including, transferring a firearm to an out-of-state resident, 18 U.S.C. § 922(a)(5), all in violation of Title 18, United States Code, Section 932(b)(2) and (c)(1).

**COUNT FOUR: [18 U.S.C. § 933(a)(1) and (a)(3)]**

The United States Attorney charges that:

On or between the 9th day of May 2023, and the 11th day of May 2023, in Jefferson County, within the Northern District of Alabama and elsewhere, the defendant,

**JUAN ANTONIO DURAN,**

knowingly combined, conspired, confederated, and agreed together with others known and unknown to the United States Attorney, to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, a Barrett .50 caliber rifle, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, including, transferring a firearm to an out-of-state resident, 18 U.S.C. § 922(a)(5), all in violation of Title 18, United States Code, Section 933(a)(1) and (a)(3).

**NOTICE OF FORFEITURE**

**18 U.S.C. §§ 924(d), 934(a)(1), and 28 U.S.C. § 2461(c)**

1.  The allegations contained in Count Two, Count Three, and Count Four of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 924(d), 934(a)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count Two, Count Three, and Count Four of this Information for violation of 18 U.S.C. §§ 922(a)(6), 932, and 933, the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. §§ 924(d), 934(a)(1), and 28 U.S.C. § 2461(c), any firearm involved in and used in any knowing violation of Section 922(a)(6), and any knowing violation of Section 932 and 933, and any property, real or personal, constituting, and derived from, any proceeds the person obtained, directly or indirectly, as a result of such violation; and any of the person's property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of such violation, including, but not limited to:

**CURRENCY:**

1. Approximately $43,507 in United States Currency;

**PROPERTY:**

2. 2016 Nissan Titan XD Platinum, bearing VIN 1N6BA1F43GN507782; and

3. Ruger, Model 5.7, 5.7x28mm pistol, bearing serial number 642-37130, and any associated magazines and ammunition.

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
DANIEL S. MCBRAYER
Assistant United States Attorney