# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

*TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS DE AMERICA*
*DISTRITO NORTE DE ALABAMA*
*DIVISIÓN* SOUTHERN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Estados Unidos de América,* | ) |
| | ) |
| vs. | ) Case No. CR- 2:23-CR-191-LSC-SGC |
| | ) *Causa Nro.* |
| JUAN ANTONIO DURAN , | ) |
| | ) |
| **Defendant**. | ) |
| *Acusado(a).* | ) |

## GUILTY PLEA ADVICE OF RIGHTS CERTIFICATION
## BILINGUAL (ENGLISH/SPANISH) VERSION[1]
### *CERTIFICACIÓN DE NOTIFICACIÓN DE DERECHOS*
### *PARA DECLARACIONES DE CULPABILIDAD*
### *VERSIÓN BILINGÜE (INGLES/ESPAÑOL)*

---

### INSTRUCTIONS TO COUNSEL

Prior to the offer of a plea of guilty, counsel for the defendant, with the aid of a certified Spanish interpreter,[2] **must** personally discuss, in detail, each of the following matters with the defendant, and, **must** indicate compliance in the appropriate places on this form.

**This revised form is lengthy. You will need at least one hour to thoroughly review it with the defendant**. Therefore, counsel **must** arrange his or her schedule to meet with the defendant and a certified Spanish interpreter well in advance of the plea proceeding.

**The court prefers that compliance be indicated by instructing *the defendant* to inscribe *his or her initials* in the appropriate places on this form.**

Once completed, the form shall be filed in open court, at the beginning of the plea proceeding.

### *INDICACIONES AL ABOGADO*

*Antes de la audiencia de declaración de culpabilidad el abogado **deberá** repasar personalmente y en detalle cada uno de los siguientes párrafos con el (la) acusado (a) con la ayuda*

---

[1] The English text of this form was approved for use in the United States District Court for the Northern District of Alabama on Aug. 21, 2003, and the Spanish translation was approved by the Administrative Office of United States Courts on Dec. 15, 2003. **DO NOT USE ANY EARLIER VERSION**.

[2] This refers to a Spanish-speaking interpreter certified by the Administrative Office of United States Courts, Washington, D.C. (hereinafter, "certified Spanish interpreter").

Page 1 of 17

> *de un intérprete certificado en español y **deberá** indicar el cumplimiento de este requisito en los lugares apropiados en este formulario.*
>
> ***Este formulario es bastante largo y tomará por lo menos una hora repasarlo punto por punto con el (la) acusado (a).*** *El abogado deberá hacer todos los arreglos necesarios para reunirse con su cliente y un intérprete certificado en español, con suficiente antelación a la fecha fijada para la audiencia de declaración de culpabilidad.*
>
> ***Para indicar el cumplimiento con los requisitos de la sala pídale al acusado (a) que coloque sus iniciales en los espacios apropiados en este formulario.***
>
> *El formulario completado será presentado en actas antes del inicio de la audiencia de declaración de culpabilidad.*

## A. Preliminary Matters / *Asuntos Preliminares*

1. I understand that I will be placed under oath and, accordingly, that my answers to the court's questions and any statement I make during the plea proceeding will be subject to the penalties for perjury or for making a false statement. I further understand that, if I should willfully be untruthful, I may be prosecuted in a separate proceeding for perjury and, if convicted, could receive a separate and distinct sentence.

   *Comprendo que seré juramentado, por lo tanto, mis respuestas a las preguntas de la sala y cualquier declaración que yo preste durante la audiencia de declaración de culpabilidad estarán sujetas a las penas por perjurio o por dar una declaración falsa. Ademas, comprendo que si a sabiendas respondo con una falsedad podré ser encausado por separado por perjurio, y si soy condenado, podría recibir una pena separada y a parte.*

   Done: _____   *Hecho:* __J.D.__

2. I understand that I may be asked to state my age, date of birth, the extent of my education or schooling, and whether I can read, write, and understand either the English language or the Spanish language.

   *Comprendo que me podrían pedir que diga mi edad, fecha de nacimiento, y hasta que nivel cursé mis estudios, y si sé leer, escribir y entender el inglés o español.*[3]

   Done: _____   *Hecho:* __J.D.__

---

[3] The Castilian language. *La lengua castellana.*

3. I understand that I may be asked whether I have any physical or mental defect that makes it more difficult for me to hear clearly, or to understand anything that is said to me.

*Comprendo que me podrían preguntar si sufro de alguna condición física o mental que me dificulte o impida oír o entender claramente cualquier cosa que me digan.*

Done: _____   Hecho: ___J.D___

4. I understand that I may be asked whether I recently have been treated for any mental illness or addiction to narcotic drugs of any kind, and, whether I presently am suffering from any mental illness, emotional impairment, or physical illness that might affect my ability to understand the plea proceeding.

*Comprendo que me podrían preguntar si he recibido tratamiento recientemente por alguna enfermedad mental o por dependencia a cualquier tipo de drogas narcóticas y si actualmente padezco de alguna enfermedad mental, emocional, o física que pueda afectar mi habilidad de entender el proceso de declaración de culpabilidad.*

Done: _____   Hecho: ___J.D___

5. I understand that I may be asked whether I have taken, consumed, or ingested any of the following substances during the preceding 48 hours: (a) alcoholic beverages or intoxicating liquors; (b) drugs or medications of any kind (prescription or otherwise); and (c) any other substance that might affect my ability to understand the plea proceeding.

*Comprendo que me podrían preguntar si he bebido, consumido o ingerido alguna de las siguientes sustancias durante las últimas 48 horas: (a) bebidas alcohólicas o licores intoxicantes; (b) drogas o medicamentos de cualquier tipo (recetados o no); y (c) cualquier otra sustancia que pueda afectar mi habilidad de entender el proceso de declaración de culpabilidad.*

Done: _____   Hecho: ___J.D___

6. I understand that the court must be satisfied that I completely understand the plea proceeding, and that I accordingly have an *affirmative duty* to inform the court if I do not understand anything that is said or done.

*Comprendo que la sala debe estar segura que comprendo bien el proceso de declaración de culpabilidad y que es mi obligación informarle a la sala si no entiendo cualquier cosa que se haga o se diga.*

Done: _____   Hecho: ___J.D___

7. I further understand that, if I inform the court that I do not understand anything that is said or done during the plea proceeding, the court will, before going forward, undertake all reasonable steps — including a recess, to allow me to consult in private with my attorney — to make certain that I do understand.

*Comprendo que si le informo a la sala que no he entendido algo durante la audiencia de declaración de culpabilidad, que antes de continuar con la audiencia, la sala hará todo lo necesario para asegurarse de que yo entiendo todo, inclusive podrá declarar un receso para permitirme hablar con mi abogado en privado.*

Done: _____     Hecho: __J.D.__

8. I understand that the court must be assured that I am satisfied with my attorney, and, that I have no complaints about the manner in which he or she has, thus far, represented me in this case.

*Comprendo que la sala debe estar segura que estoy satisfecho con mi abogado y que no tengo ninguna queja en cuanto a la manera en la cual el o ella me ha representado en este caso.*

Done: _____     *Hecho:* __J.D.__

9. I understand that the court must be satisfied: (a) that I have received a copy of the Grand Jury's Indictment (or the Information filed by the Government); (b) that I have read the Indictment (or Information), or that it has been read to me by a certified Spanish interpreter; and (c) that I understand the charge (or charges) against me.

*Comprendo que la sala debe estar segura que: (a) he recibido una copia del documento acusatorio (encausamiento) emitido por el jurado acusatorio (o de la denuncia presentada por el gobierno( o fiscalía); (b) que he leído el encausamiento (o denuncia), o que un intérprete certificado en español me lo ha leído, y (c) que entiendo el cargo (o cargos) que pesa(n) contra mi.*

Done: _____     *Hecho:* __J.D.__

10. I understand that the court must be satisfied that I am entering my plea (or pleas) of guilty freely and voluntarily. *Specifically*, I understand that the court must be satisfied that I have not been coerced by any threat, or induced by any improper promise, to enter my plea (or pleas) of guilty — regardless of whether the threat or improper promise was made directly to me, or indirectly, to any other person who is related to me, or close to me, and capable of influencing my decisions.

*Comprendo que la sala debe estar segura que me estoy declarando culpable de manera libre y voluntaria y no como resultado de una amenaza o coacción o de una promesa impropria - sin importar si la amenaza o promesa impropia fue hecha directa o indirectamente*

*hacia mi o hacia algun pariente o allegado quién podría influenciar mis decisiones.*

Done: _____   Hecho: _____

**B.   Plea Agreement /** *Acuerdo o Convenio de declaración de culpabilidad*

1.   I understand that, if there is a plea agreement, the terms of agreement must be fully and completely disclosed in open court, on the record; and that, if the agreement is in writing, a copy will be filed.

*Comprendo que si hay un acuerdo o convenio de declaración de culpabilidad, que las condiciones del acuerdo serán reveladas en audiencia pública y constarán en actas y si el acuerdo está escrito, una copia le será presentada a la sala y colocada en el expediente del caso.*

Done: _____   Hecho: _____

2.   I understand that I must confirm: (a) if the plea agreement is in writing, that I have read the plea agreement, or that it has been read to me by a certified Spanish interpreter; (b) that I have had ample opportunity to discuss the terms of the plea agreement with my attorney; (c) that the plea agreement incorporates all understandings I have reached with the attorney for the United States Government; and (d) that I personally understand the terms of my plea agreement.

*Comprendo que debo confirmar: (a) que he leído el acuerdo, si está escrito, o que me ha sido leído por un intérprete certificado en español; (b) que he tenido suficiente tiempo para hablar con mi abogado sobre las condiciones del acuerdo  (c) que el acuerdo incorpora todos los puntos acordados entre la fiscalía  y yo,  y (d) que entiendo las condiciones de mi acuerdo o convenio de declaración de culpabilidad.*

Done: _____   Hecho: _____

3.   I understand that, if my plea agreement provides for the Government to recommend, pursuant to *Federal Rule of Criminal Procedure* 11(c)(1)(B), the imposition of (or to not oppose my request for) a particular sentence, the court is not bound by the agreement; and, if the agreement is rejected by the court — in other words, if the judgment and sentence imposed by the court differs in any respect from the terms of my plea agreement — I will ***not*** have a right to withdraw my plea (or pleas) of guilty.

*Comprendo que la sala no esta comprometida ni obligada a aceptar las condiciones de mi acuerdo y que aún si mi convenio o acuerdo provee que, conforme al Reglamento Federal de Procedimientos Penales 11 (c)(1)(B) la fiscalía puede recomendar ( o no oponerse) a mi solicitúd a que se imponga una pena en particular, que si la sala rechaza el acuerdo yo **no** podré retirar mi declaración (o declaraciones) de culpabilidad . En otras palabras, si la condena y pena dictada por son diferentes a lo que dice mi acuerdo, **no podré** retractar mi (s) declaración (es) de*

*culpabilidad.*

        Done: _____      Not Applicable: _____

        *Hecho:* \_\_\_✓_____      *No aplica:* _____

    4.    I understand that, if my plea agreement provides for the dismissal of other charges pending against me pursuant to *Federal Rule of Criminal Procedure* 11(c)(1)(A), or for the imposition of a specific sentence pursuant to *Federal Rule of Criminal Procedure* 11(c)(1)(C), the court may accept or reject the agreement, or may defer its decision as to acceptance or rejection until it has considered the contents of my presentence investigation report. I further understand that, if the plea agreement is *accepted* by the court, the court will enter a judgment and sentence in accordance with the disposition provided for in my plea agreement. On the other hand, I also understand that, if my plea agreement is *rejected* by the court:

    a.    the court will inform me personally, in open court, that it is not bound by the terms of my agreement; and

    b.    I then will be given the opportunity to withdraw my plea (or pleas) of guilty; and

    c.    if I choose to persist in my plea (or pleas) of guilty, after having been informed by the court that it rejects my agreement, the sentence imposed upon me may be less favorable than that stated in my plea agreement.

*Comprendo que si mi acuerdo de declaración de culpabilidad contiene la condición de que se desestimarán otros cargos contra mi , en conformidad con el Reglamento Federal de Procedimientos Penales 11(c)(1)(A), o que recibiré una pena especifica, según el Reglamento Federal de Procedimientos Penales 11(c)(1)(C), que la sala podrá aceptar o rechazar el acuerdo o aplazar su decisión en cuanto a si aceptarlo o rechazarlo hasta después de leer el informe precondenatorio. Asi mismo, entiendo que si la sala acepta el acuerdo , dictará el fallo condenatorio y la pena de conformidad a mi acuerdo de declaración de culpabilidad. Sin embargo, si la sala rechaza mi acuerdo, entiendo que:*

    *a.*    *la sala me informará personalmente en audiencia pública, que no está comprometida ni obligada a aceptar las condiciones de mi acuerdo, y*

    *b.*    *en ese caso me concederá la oportunidad de retirar mi declaración (o declaraciones) de culpabilidad; y*

    *c.*    *si aún despues que la sala me informe que ha rechazado mi acuerdo, yo insisto en mi declaración (o declaraciones) de culpabilidad, reconozco que podría recibir una pena menos favorable a la que consta en mi acuerdo.*

Done: _____   Not Applicable: __J.D__

*Hecho:* _____   *No aplica:* _____

### C. Explanation of Possible Statutory Penalties / *Explicación de las Posibles Penas Bajo Ley*

1. I confirm that my attorney has explained, for each charge to which I am entering a plea of guilty, the mandatory minimum sentence (if any) and the maximum penalty provided by statute for each offense to which I am entering a plea of guilty, including the effect of any statute which may enhance or increase the statutory range of punishment.

*Confirmo que mi abogado me ha explicado la pena mínima obligatoria (si la hubiere) y la pena máxima establecida por ley para cada uno de los delitos a los que me estoy declarando culpable. También me ha explicado las disposiciones legales que podrían aumentar o reducir el marco condenatorio en mi caso.*

Done: _____   *Hecho:* __J.D__

2. I understand that, for each count of the Indictment (or Information) to which I enter a plea of guilty, the court will be required to impose a special assessment fee in the amount of $100.

*Comprendo que la sala tendrá que imponer un recargo especial en la cantidad de $100 dólares por cada cargo en el encausamiento al cual me declare culpable.*

Done: _____   *Hecho:* __J.D__

3. I understand that the court may require me to make restitution to any victim of the criminal offense (or offenses) to which I am pleading guilty.

*Comprendo que la sala puede exigir que pague restitución a la (las) víctima (s) del delito al cual (o delitos a los cuales) me estoy declarando culpable.*

Done: _____   *Hecho:* __J.D__

4. I understand that parole has been abolished in the Federal penal system, and that, if I am sentenced to a term of imprisonment, I will not be released on parole.

*Comprendo que la libertad condicional ha sido abolida en el sistema penal federal. Por lo tanto, si recibo pena de reclusión no saldré libre bajo libertad condicional.*

Page 7 of 17

Done: _____    Hecho: __J.D.__

5. I understand that, if I am sentenced to imprisonment, the court must impose a term of supervised release to follow any term of imprisonment. I confirm that my attorney has explained the potential duration or length of time that I will be subjected to the supervision of a United States Probation Officer.

*Comprendo que si la sala impone una pena de reclusión, tiene que imponer un período de libertad supervisada a ser cumplida después de la pena de carcel. Confirmo que mi abogado me ha explicado por cuanto tiempo podría estar bajo la supervisión de un oficial de libertad condicional (US Probation Office) de los Estados Unidos.*

Done: _____    Hecho: __J.D.__

6. I understand that, upon the completion of any term of imprisonment, I may be remanded to the custody of the United States Marshal for surrender to an authorized Bureau of Immigration and Customs Enforcement official for deportation proceedings in accordance with the Immigration and Nationality Act. I further understand that, if I am deported, I may not reenter the United States without the express, written permission of the Attorney General of the United States or the Secretary of Homeland Security. Finally, I understand that, if I should reenter the United States within the term of supervised release imposed by the court on the date of sentencing, I must report to the nearest United State Probation Office within 72 hours of my arrival.

*Comprendo que cuando termine de cumplir la pena de reclusión, podría ser entregado a los alguaciles de los Estados Unidos para ser trasladado a custodia del Servicio de Inmigración y Aduanas y sometido al proceso de deportación según la Ley de Inmigración y Nacionalidad. Asi mismo, entiendo que si me deportan, no podré regresar a los Estados Unidos sin el permiso explícito, por escrito, del Fiscal General de los Estados Unidos o del Secretario de Seguridad Interna. Finalmente, entiendo que si regreso a los Estados Unidos durante la vigencia de mi libertad supervisada, que fué dictada por la sala el día de la imposición de pena, deberé apersonarme a la oficina más cercana de libertad condicional (US Probation Office) de los Estados Unidos durante las primeras 72 horas después de mi llegada al pais.*

Done: _____    Not Applicable to U.S. Citizen: __J.D.__

Hecho: _____    *No aplica a un ciudadano de los EE.UU.:* _____

**D.  Explanation of U.S. Sentencing Guidelines /** *Explicación de las Pautas Condenatorias de los Estados Unidos*

1. I understand that any sentence imposed upon me will be subject to the requirements

Page 8 of 17

of the United States Sentencing Guidelines, and I confirm that my attorney has discussed those Guidelines with me, and, how they could affect any sentence (or sentences) that might be imposed in my case.

*Comprendo que cualquier pena que se me imponga estará en conformidad a los requisitos de las pautas condenatorias de los Estados Unidos. Mi abogado me ha explicado las pautas federales condenatorias y como éstas pueden afectar cualquier pena (o penas) que pueda(n) ser impuesta(s) en mi caso.*

Done: _____    Hecho: _____

2.  I understand that the Sentencing Guidelines provide for a complex series of calculations that result in a range of sentence for a particular case, and that such calculations are based, in large part, upon a combination of two factors: on the one hand, a factor called the "Offense Level"; and, on the other hand, a factor called the "Criminal History Category," which is an evaluation of the nature and extent of my prior criminal history (if any).

*Comprendo que las pautas condenatorias se fundamentan sobre una serie de cálculos bastante complicados que resultan en un marco condenatorio. Estos cálculos están basados, en gran parte, en una combinación de dos factores: el factor denominado "Nivel del Delito" y el segundo factor llamado "Categoría de Antecedentes Penales" que es una evaluación de mis antecedentes penales, si los hubiere.*

Done: _____    Hecho: _____

3.  I also understand that the "Offense Level" calculations take into consideration a variety of matters, including (but not limited to) such things as: (a) the nature and consequences of the offense (or offenses) of conviction; (b) my role in the commission of such offense (or offenses); (c) whether a weapon was involved; (d) the nature of the victims of the crime, if there were any, and, if so, my consideration of such victims; (e) whether bodily injury was inflicted; (f) the amount of any money, property, or drugs which might be embraced in the offense (or offenses) of conviction; (g) my conduct in connection with the investigation and prosecution of the offense (or offenses); and (h) whether I have accepted responsibility for the offense (or offenses).

*Asi mismo, comprendo que el cálculo del "Nivel del Delito" esta compuesto por una variedad de factores que incluyen, pero no están limitadas a: (1) la naturaleza y consecuencias del delito (o delitos) cometido (s) por el (los) cual (es) he sido condenado; (b) mi papel en la comisión de dicho (s) delito (s); (c) si se usó un arma en la comisión del delito; (d) el tipo de víctima(s) del delito y la consideración mostrada por mi hácia las victimas (si las hubiere); (e) si las victimas sufrieron algún daño físico; (f) la cantidad de dinero, bienes o drogas relacionadas al delito o delitos por el (los) cual (es) he sido condenado; (g) mi conducta en relación a la investigación y procesamiento del delito o delitos y (h) si he aceptado responsabilidad personal por el (los) delito*

*(os).*

Done: _____     Hecho: __J.D.__

4.    I understand that the court will not be able to determine the Guidelines sentence range that applies to my case until a pre-sentence investigation has been completed, and both the Government and I have had an opportunity to challenge the reported facts and the application of the Guidelines recommended by the Probation Officer.

*Comprendo que la sala no podrá determinar el marco condenatorio en mi caso hasta que se realice la investigación pre-condenatoria y hasta que la fiscalía y yo tengamos la oportunidad de disputar los hechos contenidos en el informe asi como la aplicación de las pautas condenatorias recomendadas por el oficial del departamento de libertad condicional (US Probation Office).*

Done: _____     Hecho: __J.D.__

5.    I understand that the sentence ultimately imposed by the court may be different from either any estimate my attorney may have given me, or any preliminary evaluation that may have been provided by a United States Probation Officer.

*Comprendo que la pena que la sala imponga podría ser diferente al cálculo que me diera mi abogado o a cualquier evaluación preliminar por un oficial del departamento de libertad condicional (US Probation Office).*

Done: _____     Hecho: __J.D.__

6.    I understand that, even after my Guidelines sentence range has been finally determined, the court still has the authority — in some limited circumstances — to depart from the Guidelines, and to impose a sentence that is either more severe, or less severe, than the sentence called for by application of the Guidelines.

*Comprendo, aun después que se determine el marco condenatorio aplicable a mi caso, que bajo ciertas cirunstancias limitadas, la sala tiene la autoridad, de desviarse de las pautas e imponer una condena más severa o menos severa que la condena indicada por las pautas condenatorias.*

Done: _____     Hecho: __J.D.__

7.    I understand that the Sentencing Guidelines will require the court to impose a fine on me, unless the court concludes either (a) that I am not likely to be able to pay a fine, or (b) that the imposition of a fine would unduly burden any persons who are dependent upon me for financial support. Even so, I also understand that, in either of those events, the court still could require some

form and duration of community service in lieu of all or part of a fine.

*Comprendo que según las pautas condenatorias la sala tiene que imponer una multa monetaria a menos que concluya que (a) no tengo ni tendré los medios para pagar una multa o que (b) una multa causaría penurías a aquellas personas quienes dependen de mi para su sustento económico. No obstante estas dos situaciones, comprendo que en vez de una multa or multa parcial, la sala puede imponer alguna forma de servicio comunitario por un tiempo determinado.*

Done: _____     Hecho: __J.D.___

8.   I understand that, if the court determines I have the financial ability to do so, the court could require me to pay all or part of any cost of imprisonment, confinement, or supervision while on probation or supervised release.

*Comprendo que si la sala concluye que tengo los recursos económicos, podrá exigir que yo pague el costo total o parcial de mi reclusión, detención o supervisión mientras me encuentre bajo libertad condicional o libertad supervisada.*

Done: _____     Hecho: __J.D.___

E.   **Explanation of Substantive Rights /** *Explicación de Derechos*

1.   I understand that I have a right to plead "not guilty" to any offense charged against me, and, to persist in such a plea. In other words, I understand that I am not required to enter a plea of guilty to any charge contained in the Indictment (or Information).

*Comprendo que tengo el derecho de declararme "no culpable" a cualquier delito que se me impute y de insistir en tal declaración. En otras palabras, comprendo que no tengo que declararme culpable a ningún cargo en el encausamiento (o denuncia).*

Done: _____     Hecho: __J.D.___

2.   I understand that, if I did enter a plea (or pleas) of "not guilty," I then would be entitled to a speedy and public trial by a jury composed of twelve people who have been selected from a panel of persons whose names have been drawn at random from a fair cross-section of the community that comprises that area of the Northern District of Alabama in which the indictment (or information) has been filed.

*Comprendo que si me declaro "no culpable" tendré el derecho a un juicio público, expedito y con un jurado compuesto por doce personas residentes en la zona del distrito norte de Alabama donde fuí encausado y cuyos nombres fueron escojidos al azar.*

Done: _____   *Hecho:* ___[signature]___

3.  I understand that, at a jury trial, I would be presumed innocent of the charge (or charges) against me, and that I could not be convicted of any offense unless the Government proved each and every element of the charge (or charges) against me, by evidence, beyond a reasonable doubt.

*Comprendo que durante un juicio con jurado la ley me presupone inocente del (de los) cargo (s) que pesa (n) contra mi y que no podré ser declarado culpable de ningún delito a menos que el gobierno compruebe cada uno de los elementos del (de los) cargo (s) que pesa(n) contra mi mediante la presentación de prueba más allá de una duda razonable.*

Done: _____   *Hecho:* ___[signature]___

4.  I understand that, at a jury trial, I would be entitled to numerous rights, including the following:

   a.   the right to be represented by Constitutionally adequate counsel;

   b.   the right to have all witnesses who testify for the Government to come forward and testify under oath, in open court, so that I may see, hear, and confront them;

   c.   the right, through counsel, to cross-examine each witness who has testified for the Government — to ask them questions concerning any matter that might be relevant to the charge (or charges) against me or my defense, including matters that might be helpful to the jury in evaluating the credibility (or believability) of the witnesses;

   d.   the right to call witnesses to testify on my behalf, and to use the subpoena power of the court to compel witnesses to come forward and give evidence in defense of the charge (or charges) against me;

   e.   the right to decline to testify, unless I voluntarily elect to do so — in other words, that I could not be forced to testify by the court or anyone else, and that the decision of whether to testify is a matter left entirely to me; and,

   f.   the right to testify on my own behalf, if I voluntarily elect to do so. I also understand, however, that if I elect to testify on my own behalf, I would be placed under oath, and, that I would be subject to cross-examination by the attorney for the United States Government.

*Comprendo que en un juicio con un jurado, gozaría de los siguientes derechos:*

   *a.   a ser representado por un abogado capacitado;*

      b.    *a que todos los testigos de cargo se presenten durante el juicio y declaren en actas, bajo juramento, para que yo pueda verlos, oírlos y encararlos;*

      c.    *de contra-interrogar a cada testigo de cargo a través de mi abogado e interrogarlo (s) sobre cualquier punto relacionado al cargo o cargos que pesa (n) contra mi o mi defensa, incluyendo cualquier tema que pudiera ayudar al jurado a evaluar la credibilidad del (de los) testigo(s);*

      d.    *obligar la presencia de testigos a que declaren a mi favor mediante el uso de citaciones o comparendos judiciales;*

      e.    *negarme a declarar a menos que optase por hacerlo por mi propia voluntad. En otras palabras que nadie, inclusive la sala, me puede obligar a declarar y que la decisión en cuanto a si declaro o no es exclusivamente mia; y*

      f.    *declarar por mi propia cuenta en mi defensa si opto por hacerlo. Sin embargo, comprendo que si decido declarar durante el juicio, seré juramentado y sometido a contra-interrogatorio del abogado por el gobierno.*

Done: _____    Hecho: *J.D.*

5.    I further understand that, if I elected not to testify at a trial, or even to offer any evidence in defense of the charge (or charges) against me, those facts could not be taken adversely to me by the jury, or by a judge in a non-jury trial.

*Comprendo, mas aún, en caso que decida no declarar durante el juicio o presentar prueba alguna en mi defensa ante el (los) cargo (s), que ésto no podrá ser utilizado en mi contra por el jurado o por la sala durante un juicio sin jurado.*

Done: _____    Hecho: *J.D.*

6.    I understand that, by entering a plea (or pleas) of guilty, I am waiving, or giving up, *all* of the foregoing rights — *specifically*:

      a.    the right to trial by jury;

      b.    the presumption that I am innocent of the charge (or charges) against me;

      c.    the right to compel the Government to prove each element of each charge against me by evidence, beyond a reasonable doubt;

      d.    the right to confront and cross-examine each witness against me;

  e.  the right to subpoena witnesses to testify on my own behalf; and,

  f.  the right to testify on my own behalf, if I voluntarily elect to do so.

*Comprendo que al declararme culpable, renuncio a todos los siguientes derechos:*

  *a.*  *el derecho a un juicio con jurado;*

  *b.*  *a la presunción de inocencia del cargo (o de los cargos) contra mi;*

  *c.*  *obligar que el gobierno compruebe cada uno de los elementos de cada cargo contra mi mediante la presentación de prueba más allá de una duda razonable;*

  *d.*  *de ver e interrogar a cada testigo de cargo;*

  *e.*  *de emitir citaciones o mandamientos judiciales para obligar la presencia de testigos a mí favor, y,*

  *f.*  *de declarar a mi propio favor, si opto por hacerlo voluntariamente.*

Done: _____  *Hecho:* ___[signature]___

7. I understand that, by pleading guilty, I am *not* waiving, or giving up, the right to be represented by Constitutionally adequate counsel in all further proceedings herein, including the sentencing hearing and any post-sentencing proceedings, such as an appeal.

*Comprendo que al declararme culpable, no renuncio a mi derecho de ser representado por un abogado capacitado durante las audiencias futuras en mi caso, incluyendo la audiencia de imposición de pena y cualquier gestión incluyendo el proceso de apelación.*

Done: _____  *Hecho:* ___[signature]___

**F.** **Explanation of Charge(s) /** *Explicación del (los) Cargo(s)*

1. I confirm that I have had ample time to discuss this case with my attorney, and, that I have told him or her everything I know about the facts, in order that my attorney could prepare himself or herself to represent me, and to defend me, to the best of his or her professional abilities, if I elected to plead "not guilty" and proceeded to trial.

*Confirmo que he tenido suficiente tiempo para conversar con mi abogado sobre mi caso y que le contado todo lo que sé para que se pueda preparar para representarme y defenderme de la*

*mejor manera posible si decido declararme "no culpable" y proceder a juicio.*

Done: _____     Hecho: _____

2. I further confirm that my attorney has explained each element of each charge to which I am entering a plea of guilty, and that I understand those facts the Government must prove, by evidence, beyond a reasonable doubt, if I elected to plead "not guilty" and proceeded to trial.

*Confirmo que mi abogado me ha explicado todos los elementos de cada cargo al cual me estoy declarando culpable y que entiendo los hechos que el gobierno tendría que comprobar mediante la presentación de prueba más allá de una duda razonable si fuera a declararme "no culpable" y proceder a juicio.*

Done: _____     Hecho: _____

3. Even though I am waiving, or giving up, my right to a trial, I understand that the court will not accept my plea (or pleas) of guilty until the court has made such inquiry as it may deem appropriate to satisfy itself that there is a factual basis for the plea (or pleas) of guilty.

*Comprendo que la sala no aceptará mi declaración (o declaraciones) de culpabilidad, no obstante mi renuncia a mi derecho a un juicio, hasta que la sala esté segura después de la indagatoria respectiva que existe una base de hechos que sustente la declaración (o declaraciones) de culpabilidad.*

Done: _____     Hecho: _____

4. I understand that, if my plea (or pleas) of guilty is(are) accepted by the court, only two things remain to be done: *first*, a presentence investigation will be conducted by a United States Probation Officer; and *second*, not sooner than 35 days after the presentence report is disclosed to me, unless I choose to waive the 35-day period, the court will impose sentence.

*Comprendo que si la sala acepta mi declaración (o declaraciones) de culpabilidad, habrá solo dos cosas por hacer: primero, el departamento de libertad condicional (US Probation Office) realizará una investigación pre-condenatoria y, segundo, si no renúncio al plazo de 35 días, la sala fijará la fecha para la audiencia de imposición de pena como mínimo 35 días después que me entreguen el informe pre-condenatorio.*

Done: _____     Hecho: _____

**G.     Certification of Defendant /** *Certificación del Acusado*

   I hereby certify that I have read all of the preceding parts of this form, or that my attorney, aided by a certified Spanish interpreter, has read the entire form to me.  I further certify that my attorney, aided by a certified Spanish interpreter, has explained to me, in detail, and to my personal satisfaction, each of the matters set out above, and that I do not have any questions about my rights. I also certify that I am satisfied with the representation my attorney has provided me, and that I have no complaints about any aspect of his or her representation of me.  I further certify that I am not under the influence of any alcoholic beverage, intoxicating liquor, drugs, medication, or other substance that affected my ability to comprehend or understand all of the matters set out above. Finally, I certify that I am entering my plea (or pleas) of guilty because I am in fact guilty, and I request that the court accept my plea (or pleas).

   *Por la presente certifico que he leído todo el formulario o que mi abogado, ayudado por un intérprete certificado en español, me lo ha leído. Ademas certifico que mi abogado, con la ayuda de un intérprete certificado en español, me ha explicado en detalle y a mi satisfacción personal, cada uno de los asuntos detallados anteriormente y que no tengo ninguna duda/pregunta acerca de mis derechos. También certifico que estoy satisfecho con la representación brindada por mi abogado y que no tengo ninguna queja acerca de ningún aspecto de su representación de mi caso. Asi mismo, certifico que no estoy bajo la influencia de ninguna bebida alcohólica, licor intoxicante, drogas, medicamentos, ni otra sustancia que pueda afectar mi habilidad de comprender o entender todos los asuntos anteriormente detallados. Finalmente, certifico que estoy presentando mi declaración (o declaraciones) de culpabilidad porque de hecho soy culpable y pido que la sala acepte mi declaración (o declaraciones).*

_12/29/2023_  
Date / *Fecha*

_[signature]_  
Signature of Defendant / *Firma del Acusado*

**H.**  **Certification of Counsel**

   As counsel of record for the above-named defendant, I hereby certify that:

   1.  With the aid of the certified Spanish interpreter whose name is signed below, I have discussed with the defendant, in detail, each of the matters set out above;

   2.  I have observed the defendant today, prior to the plea proceeding, and I am aware of no reason why the defendant is not competent to enter a plea (or pleas) of guilty at this time; and,

   3.  I am aware of no reason, at this time, why the defendant's plea (or pleas) of guilty should not be accepted by the court.

_12/29/23_  
Date

_Katherine P. Bounds_  
Attorney for Defendant

**I.**  **Certification of Interpreter**

I hereby swear or affirm as official court interpreter and officer of the United States District Court for the Northern District of Alabama that I have interpreted accurately and faithfully, and to the best of my abilities, the foregoing Guilty Plea Advice of Rights Certification, all statements made by the defendant to his or her attorney of record, and all statements by the attorney to the defendant. I have conveyed the true meaning of the words, phrases, and statements of the foregoing Guilty Plea Advice of Rights Certification and of each speaker, and that in doing so I have paid special attention to variations of the Spanish language due to educational, cultural, and regional differences. I did not interject my own words, phrases, or views. The original copy of the more extensive "Interpreter's Written Oath" executed by me has been filed in the records of this case.

12/29/2023
Date/Fecha

Signature of Interpreter / Firma del Intérprete